IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MIGUEL BAHENA JUAN, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-01558-DAE |
| | § | |
| VERGARA, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |
| | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Miguel Bahena Juan's Supplemental Brief in response to the Court's ordered supplemental briefing.  (Dkt. # 7.)  Upon review of the brief, the Court finds it is non-responsive to the Court's first question.  Specifically, the Court's Order asked:

> Petitioner's Habeas Petition states that Petitioner entered without inspection in April of 2006 and was never apprehended. However, the Government's response identified several entries and encounters with Border Patrol between 2005 and 2007. Please clarify Petitioner's entry history and provide details on Petitioner's Border Patrol encounters to the extent available. When was Petitioner's last entry to the United States?

(Dkt. # 6 at 1.)  The responding brief identified minor criminal history and clarified Petitioner's connections to the United States, but did not answer the first question and provide the requested information.  (Dkt. # 7.)

1

Thus, the Court again asks Petitioner's counsel to file supplemental briefing responding to the first question asked in its original order for supplemental briefing.  (Dkt. # 6.)  Petitioner's counsel is **ORDERED** to file such briefing **on or before 12:00 p.m. noon on Tuesday, June 30, 2026**.  Should Petitioner's counsel require additional time to consult with his client and obtain the necessary information on Petitioner's last date of entry,[1] he may request an extension.  If such an extension is necessary, Petitioner must show good cause as to why this information could not be obtained in the last week since the Court's original Order.  (Dkt. # 6.)

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 29, 2026.

_____
David Alan Ezra
Senior United States District Judge

---

[1] Although Petitioner alleges his last entry was in April 2006, in light of the Government's response, this appears to be incorrect.  Petitioner should clarify this information in his supplemental brief.

2