IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MIGUEL BAHENA JUAN, *Petitioner*, | § | |
| v. | § | No. 1:26-CV-1558-DAE |
| VENTURELLA, *et al*., *Respondents*. | § | |

ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Petitioner Miguel Bahena Juan's ("Petitioner") and Respondents' Miguel Vergara, David Venturella, Markwayne Mullin, and Charlotte Collins ("Respondents") Joint Stipulation of Dismissal pursuant to Rule 41(a)(2). (Dkt. # 14). The parties inform the Court that Petitioner was granted voluntary departure in his immigration proceedings. (Id. at 2.) Accordingly, Petitioner states that he no longer wishes to pursue the relief requested in his Petition for Writ of Habeas Corpus. (Id.) He seeks to voluntarily dismiss all claims with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), and he concedes that such dismissal would lift and dissolve this Court's Stay of Removal filed on June 15, 2026 (Dkt. # 3). (Dkt. # 14 at 1–2.)

Accordingly, without expressing any opinion on the merits of the claims presented in Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 1), and

without adjudicating the merits of those claims, the Court **DISMISSES** Petitioner's Petition (Dkt. # 1) **WITH PREJUDICE** pursuant to the parties' Joint Stipulation of Dismissal. (Dkt. # 14.) **IT IS FURTHER ORDERED** that the Court's stay of removal included in its prior Order to Show Cause (Dkt. # 3) is hereby **DISSOLVED**.

The Clerk of the Court is instructed to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, November 9, 2026.

David Alan Ezra
Senior United States District Judge